UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-mj-02657-AOR

UNITED STATES OF AMERICA,

v.

JORGE ELIECER BEDOYA ESTUPINAN,
JOSE LUIS RAMOS RODRIGUEZ, and
OSCAR LOZANO BADILLO,

    Defendants,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X  No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?   __ Yes   X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:  /s/ Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Southern District of Florida
Florida Bar No.: 794686
99 Northeast 4th Street
Miami, Florida 33132-2111
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| JORGE ELIECER BEDOYA ESTUPINAN, JOSE LUIS RAMOS RODRIGUEZ, and OSCAR LOZANO BADILLO, | ) ) ) ) ) | Case No. 1:21-mj-02657-AOR |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 21, 2021__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

CGIS SA Keith Bosworth
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __5__ th day of April 2021.

Date: 04/05/2021

*Judge's signature*

City and state: Miami, Florida

Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Keith Bosworth, being duly sworn, hereby depose and state the following:

1. I have been a Special Agent with the United States Coast Guard Investigative Service (CGIS), Department of Homeland Security since July 2008, and as such, I am a law enforcement officer within the meaning of Title 14, United States Code, Section 525, which grants CGIS Special Agents law enforcement authority for any crime committed within the authority of the United States Coast Guard. The United States Coast Guard has very broad authority to enforce laws related to maritime commerce. I am currently assigned to the CGIS Resident Agent Office Miami, Florida. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is, empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Jorge Eliecer BEDOYA ESTUPINAN, Jose Luis RAMOS RODRIGUEZ, and Oscar Lozano BADILLO for knowingly and willfully conspiring to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about March 21, 2021, while on patrol in the Eastern Pacific Ocean, a United States Marine Patrol Aircraft (MPA) detected a GFV approximately 75 nautical miles northwest

of Isla de Malpelo, Colombia, in international waters and upon the high seas. The GFV was travelling northbound at a high rate of speed, was in a known drug trafficking area, and did not display any indicia of nationality. Once the MPA was counter-detected, the individuals on board the GFV were observed jettisoning suspected contraband. Canadian Forces Vessel, HMCS *BRANDON*, with a USCG Law Enforcement Detachment team on board, was diverted to investigate. *BRANDON* launched two over the horizons vessels for jettison recovery. USCGC *FORWARD* was also in the area and launched their helicopter to intercept.

4. *FORWARD* requested and was granted a Statement of No Objection and authorized to employ use of force up to and including warning shots and disabling fire on a GFV. The GFV ignored commands to heave to. USCG employed warning shots which were ineffective and subsequently employed disabling fire. The GFV became dead in the water.

5. On board the GFV were three individuals who were later identified as Jorge Eliecer BEDOYA ESTUPINAN, Jose Luis RAMOS RODRIGUEZ, and Oscar Lozano BADILLO, all Colombian nationals. BEDOYA ESTUPINAN identified himself as the master and made no claim of nationality for the vessel. The GFV displayed no flag, contained no registration documents, and no homeport. BEDOYA ESTUPINAN stated their last port of call was Buenaventura, Colombia. The United States contacted the Government of Colombia who responded that they could neither confirm nor deny the nationality of the vessel. Based on the Government of Colombia's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

6. The USCG boarding team recovered approximately 870 kilograms of suspected cocaine. Field test were conducted on the contraband which yielded a positive result for cocaine.

All three individuals, along with the suspected cocaine, were transferred to *FORWARD*.

7. On April 7, 2021, the USCGC *FORWARD* is scheduled to arrive in the Southern District of Florida where custody of the three individuals and the suspected cocaine will be turned over to United States law enforcement officers.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEITH BOSWORTH
Special Agent
Coast Guard Investigative Service

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __5th__ day of April, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3